UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION, *et al.*,

          Plaintiffs.

   v.

WASHINGTON METROPOLITAN AREA
   TRANSIT AUTHORITY, *et al.*,

          Defendants.

No. 1:17-cv-_____

---

## EXHIBITS TO COMPLAINT

Exhibit A ………….. ACLU advertisements

Exhibit B ………….. ACLU advertisements on bus shelters

Exhibit C ………….. Advertisement showing protest signs

Exhibit D ………….. Advertisements for military aircraft

Exhibit E ………….. Advertisement for gambling casino

Exhibit F ………….. Advertisements for alcoholic beverages

Exhibit G ………….. Carafem accepted advertisement (2015)

Exhibit H ………….. Carafem rejected advertisement (2016)

Exhibit I ………….. Reston Emergency Room advertisement

Exhibit J ………….. Aetna Healthy Habits advertisement

Exhibit K ………….. Advertisement for Squirt.org

Exhibit L ………….. Milo Worldwide advertisements for *Dangerous*

Exhibit M …………. Milo Worldwide advertisement in New York subway

Exhibit N ………….. Advertisement for *The Originalist*

Exhibit O ………….. Advertisement for *Girls Trip*

Exhibit P ………….. PETA advertisement "I'm ME, not MEAT"

Exhibit Q ………….. PETA advertisement "Not your mom?"

Exhibit R ………….. PETA advertisement "live tissue training"

Exhibit S ………….. PETA advertisements with pig, chicken, cow

Exhibit T ………….. McDonald's; Porkadise Found; Häagen-Dazs

Exhibit U ………….. Circus advertisement

لا يُصـــدر الكونغــرس أي
قانون خــاص بإقـامة دين
من الأديــان أو يمنع حرّية
ممارسته؛ أو يحدّ من حرّية
التعبير أو حرّية الصحافة؛
أو حـق الناس في التجمع
السلمي، وتقديم التماس
إلى الحــكومة لتصحــيح
المظـالم.

(التعديل الأول لدستور الولايات
المتحدة الأمريكية)



Congress shall make no law
respecting an establishment
of religion, or prohibiting the
free exercise thereof; or
abridging the freedom of
speech, or of the press; or the
right of the people peaceably
to assemble, and to petition
the Government for a redress
of grievances.

**United States Constitution**
**Amendment 1**

El Congreso no deberá
promulgar ninguna ley que
establezca una religión como
oficial, ni que prohíba la
práctica de la misma, ni coarte
la libertad de expresión, ni la
de prensa; o el derecho a
reunirse pacíficamente, y el
derecho de petición al gobierno
para compensar agravios.

**Constitución de los Estados Unidos**
**Enmienda 1**

ACLU
WE THE PEOPLE

Exhibit A







Exhibit B





Exhibit C







Exhibit D



Exhibit E





Exhibit F



Exhibit G



Exhibit H



Exhibit I



Exhibit J



Exhibit K









Exhibit L



Exhibit M



Exhibit N



Exhibit O



Exhibit P



Exhibit Q





Exhibit R







Exhibit S







Exhibit T



Exhibit U