UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>FEMHEALTH USA, INC., d/b/a CAREFEM,<br><br>MILO WORLDWIDE LLC,<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br><br>          Plaintiffs,<br><br>   v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>PAUL J. WIEDEFELD,<br><br>          Defendants. | No. 1:17-cv-\_\_\_\_\_ |

**MOTION FOR A PRELIMINARY INJUNCTION
BY PLAINTIFF MILO WORLDWIDE LLC**

Pursuant to Fed. R. Civ. P. 65, Plaintiff MILO Worldwide LLC hereby moves for the entry of a preliminary injunction directing the Defendants to re-post, for the remaining 18 days of a 28-day advertising campaign, a set of advertisements for the book *Dangerous* by Milo Yiannopoulos that the Defendants approved, received full payment for, posted in Metro stations and on Metrorail trains, and then precipitously removed after receiving complaints from members of the public.

As more fully set forth in Plaintiffs' Memorandum in Support, Plaintiff MILO Worldwide LLC is likely to succeed on the merits of its claims and will suffer irreparable harm in the absence of preliminary relief. The balance of equities tilts strongly in its favor, and an injunction protecting its constitutional rights is accord with the public interest.

Wherefore a preliminary injunction should issue.

August 8, 2017                     Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
   of the District of Columbia
4301 Connecticut Avenue, N.W. Suite 434
Washington, DC 20008
(202) 457-0800
aspitzer@acludc.org

Lee Rowland
Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th floor
New York, NY 10004
(212) 549-2500
lrowland@aclu.org

Leslie Mehta
American Civil Liberties Union Foundation
   of Virginia
701 East Franklin Street, Suite 1412
Richmond, VA 23219
(804) 644-8022
lmehta@acluva.org

*Attorneys for Plaintiff MILO Worldwide LLC*

Jeffrey P. Weingart
Stephen B. Meister
Meister Seelig & Fein LLP
125 Park Avenue – 7th Floor
New York, New York 10017
(212) 655-3500

*Of Counsel to Plaintiff MILO Worldwide LLC*