UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>FEMHEALTH USA, INC., d/b/a CARAFEM,<br>MILO WORLDWIDE LLC,<br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br>    Plaintiffs,<br>  v.<br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br>PAUL J. WIEDEFELD,<br>    Defendants. | No. 1:17-cv-1598 (TSC) |

[Proposed]
**ORDER**

Upon consideration of plaintiff MILO Worldwide LLC's motion for expedited discovery in support of its motion for a preliminary injunction and to establish a briefing schedule, defendants' consent thereto, and the record in this case,

It appearing to the Court that the requested expedited discovery and schedule are reasonable, it is hereby

ORDERED, pursuant to Fed. R. Civ. P. 26(d)(1), that the motion is granted, and it is further

ORDERED that plaintiff MILO Worldwide LLC may propound the following document request to the defendants: "Please provide all documents constituting or reflecting communications regarding the advertisements sponsored by MILO Worldwide LLC that were posted on June 26, 2017, and removed on or about July 6, 2017." And it is further

2

ORDERED that defendants shall respond to that document request within 14 days from the date of this order, and shall serve their response upon plaintiff's counsel by e-mail or by hand-delivery. Defendants shall not be required, at this time, to produce a privilege log for documents constituting or reflecting communications made on or after August 9, 2017, and withheld on grounds of privilege. It is further

ORDERED that defendants' opposition to plaintiff's motion for a preliminary injunction shall be filed within 18 days from the date of this Order, and plaintiff's reply shall be filed within 14 days from the filing of defendants' opposition.

Dated: August ___, 2017

_____
Tanya S. Chutkan
United States District Judge