UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17 -cv- 1598 (TSC) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY and PAUL J. WIEDEFELD, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of Plaintiff MILO Worldwide LLC's motion (ECF No. 12) for expedited discovery in support of its motion for a preliminary injunction (ECF No. 2) and to establish a briefing schedule, Defendants' consent thereto, and the record in this case, it is hereby

ORDERED, pursuant to Federal Rule of Civil Procedure 26(d)(1), that the motion is granted, and it is further

ORDERED that Plaintiff MILO Worldwide LLC may propound the following document request to Defendants: "Please provide all documents constituting or reflecting communications regarding the advertisements sponsored by MILO Worldwide LLC that were posted on June 26, 2017, and removed on or about July 6, 2017." It is further

ORDERED that Defendants shall respond to that document request by August 31, 2017, and shall serve their response upon Plaintiff's counsel by e-mail or by hand-delivery. Defendants shall not be required, at this time, to produce a privilege log for documents constituting or reflecting communications made on or after August 9, 2017, and withheld on grounds of privilege. It is further

ORDERED that Defendants' opposition to Plaintiff's motion for a preliminary injunction shall be filed on or before September 5, 2017, and Plaintiff's reply shall be filed on or before September 19, 2017.

Date:  August 17, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge