IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br> FEMHEALTH USA, INC., d/b/a CARAFEM, <br><br> MILO WORLDWIDE LLC, <br><br> PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:17-cv-01598-TSC |

### NOTICE OF ERRATA RE: DEFENDANTS' ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

TO THE CLERK OF THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

After the filing of Defendants' Answer to Complaint (Dkt. No. 18), it was brought to the attention of Defendants' counsel that there were several typographical errors in the Answer. Therefore, Defendants Washington Metropolitan Area Transit Authority and Paul J. Wiedefeld are filing concurrently with this Notice of Errata a Corrected and Amended Answer to Complaint and Demand for Jury Trial.

Date:  August 31, 2017                    Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By:     /s/ *James E. Tysse*
       James E. Tysse
       1333 New Hampshire Ave., N.W.
       Washington, D.C.  20036
       Telephone:   (202) 887-4000
       Facsimile:    (202) 887-4288
       jtysse@akingump.com

       Rex S. Heinke (*pro hac vice*)
       Jessica M. Weisel (*pro hac vice*)
       1999 Avenue of the Stars, Suite 600
       Los Angeles, CA  90067
       Telephone:   (310) 229-1000
       Facsimile:    (310) 229-1001
       rheinke@akingump.com
       jweisel@akingump.com

       Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing **NOTICE OF ERRATA RE: DEFENDANTS' ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** were electronically transmitted via ECF to:

>Arthur B. Spitzer
>Scott Michelman
>American Civil Liberties Union Foundation
>    of the District of Columbia
>4301 Connecticut Avenue, N.W.
>Suite 434
>Washington, D.C.  20008
>Telephone:  (202) 457-0800
>aspitzer@acludc.org

*Attorneys for Plaintiffs*

and sent via overnight delivery to the parties stated below:

| | |
|---|---|
| Lee Rowland<br>Brian Hauss<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th floor<br>New York, NY  10004<br>Telephone: (212) 549-2500<br>lrowland@aclu.org | Jeffrey P. Weingart<br>Stephen B. Meister<br>Meister Seelig & Fein LLP<br>125 Park Avenue – 7th Floor<br>New York, NY  10017<br>Telephone: (212) 655-3500<br><br>*Of Counsel to Plaintiffs* |

Leslie Mehta
American Civil Liberties Union Foundation
    of Virginia
701 East Franklin Street, Suite 1412
Richmond, VA  23219
Telephone:  (804) 644-8022
lmehta@acluva.org

*Attorneys for Plaintiffs*

Date:  August 31, 2017

/s/ *James E. Tysse*
    James E. Tysse