UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, *et al.*,<br><br>　　　　　Defendants. | No. 1:17-cv-1598 (TSC) |

**JOINT RESPONSE TO ORDER OF THE COURT AND MOTION TO STAY PROCEEDINGS PENDING DECISIONS IN ARGUED APPEALS**

　　This case involves a challenge to portions of Defendant WMATA's Guidelines Governing Commercial Advertising. The complaint, and a motion for a preliminary injunction on behalf of one Plaintiff (MILO Worldwide LLC), were filed on August 9, 2017. After limited discovery and further briefing, the motion for a preliminary injunction was denied in a memorandum opinion issued March 31, 2018 (ECF No. 27).

　　By Minute Order dated May 9, the Court directed the parties to file by May 18 "a jointly proposed schedule (including a proposed order) for moving forward with this case." This filing responds to that order.

　　As the Court is aware, two related cases are currently pending before the United States Court of Appeals for the District of Columbia Circuit.

　　In *American Freedom Defense Initiative v. WMATA*, 245 F. Supp. 3d 205 (D.D.C. 2017), Judge Kessler granted summary judgment to WMATA in a case asserting that its rejection of an issue-oriented advertisement violated the plaintiffs' First Amendment rights, and the plaintiffs

appealed. That appeal, No. 17-7059, was argued on November 20, 2017, before Circuit Judges Henderson, Srinivasan, and Ginsburg, and is under advisement.

In *Archdiocese of Washington v. WMATA*, 281 F. Supp. 3d 88 (D.D.C. 2017), the Archdiocese moved for a preliminary injunction against WMATA's rejection of its Christmas season advertisement on the ground that WMATA's action violated its First Amendment rights. Judge Amy Berman Jackson denied the motion and the plaintiff appealed. That appeal, No. 17-7171, was argued on March 26, 2018, before Circuit Judges Rogers, Kavanaugh, and Wilkins, and is under advisement.

The issues and arguments in those cases overlap with the issues and arguments in this case. While the forthcoming decisions in those appeals may not dictate the outcome of this case, they will foreseeably provide both the parties and this Court with guidance regarding the facts that may or may not be relevant, the discovery that may or may not be important to take, and the legal arguments that may or may not be important to make (and to decide). Awaiting the decisions in those cases before proceeding in this case will therefore conserve the resources of the Court and the parties and will serve the interests of judicial economy by avoiding proceedings in this case that might only have to be repeated in the wake of those decisions. For these reasons, the parties agree that proceedings in this case should be stayed pending the resolution of those appeals.

The attached proposed order would therefore stay proceedings in this case and require the parties to file a proposed schedule within 14 days of the entry of judgment by the U.S. Court of Appeals for the District of Columbia Circuit in the latter of *American Freedom Defense Initiative v. WMATA*, No. 17-7059, and *Archdiocese of Washington v. WMATA*, No. 17-7171.

For the reasons stated above, the joint motion to stay should be granted.

| | |
|---|---|
| Dated: May 10, 2018 | Respectfully submitted, |

/s/*Arthur B. Spitzer*
Arthur B. Spitzer
American Civil Liberties Union
  of the District of Columbia
915 15th St., NW, 2nd Floor
Washington, DC 20005
T: 202.457.0800
F: 202.457.0805
aspitzer@acludc.org

Attorney for Plaintiffs

AKIN GUMP STRAUSS HAUER & FELD LLP
By: *Rex S. Heinke*
Rex S. Heinke (*pro hac vice*)
Jessica M. Weisel (*pro hac vice*)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
rheinke@akingump.com
jweisel@akingump.com

James E. Tysse
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

Attorneys for Defendants