UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>FEMHEALTH USA, INC., d/b/a CARAFEM,<br>MILO WORLDWIDE LLC,<br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br>    Plaintiffs,<br>  v.<br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br>PAUL J. WIEDEFELD,<br>    Defendants. | No. 1:17-cv-1598 (TSC) |

**JOINT STATUS REPORT**

The Court's Minute Order of March 28, 2019, continued the stay of proceedings in this case and directed the parties to file a further joint status report by July 10, 2019.

The parties now report as follows:

1. On June 3, 2019, the Supreme Court denied the petition for certiorari in *American Freedom Defense Initiative v. WMATA*, No. 18-1000.

2. On May 20, 2019, a petition for a writ of certiorari in *Archdiocese of Washington v. WMATA*, 897 F.3d 314 (D.C. Cir.), *reh'g en banc denied*, 910 F.3d 1248 (D.C. Cir. 2018), was filed and docketed as No. 18-1455. On June 7, a motion to extend the time in which to file a response was filed, and on June 11 it was granted, extending the time in which to file a response to July 22, 2019.

3.  Because the Supreme Court will not act on the Archdiocese's petition before late September at the earliest, the parties respectfully request that the Court continue the stay; the parties will file a further status report on or before October 10, 2019.

Dated: July 10, 2019                    Respectfully submitted,

/s/*Arthur B. Spitzer*
Arthur B. Spitzer
Scott Michelman
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th St., NW, 2nd Floor
Washington, DC 20005
Telephone:: 202.457.0800
aspitzer@acludc.org
smichelman@acludc.org

Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th floor
New York, NY 10004
Telephone:: (212) 549-2500
bhauss@aclu.org

Vishal Agraharkar
American Civil Liberties Union Foundation
of Virginia
701 East Franklin Street, Suite 1412
Richmond, VA 23219
Telephone:: (804) 644-8022
vagraharkar@acluva.org

Attorneys for Plaintiffs

AKIN GUMP STRAUSS HAUER & FELD LLP
By: *Rex S. Heinke*
Rex S. Heinke (pro hac vice)
Jessica M. Weisel (pro hac vice)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
rheinke@akingump.com
jweisel@akingump.com

James E. Tysse
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

Attorneys for Defendants