UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>FEMHEALTH USA, INC., d/b/a CARAFEM,<br>MILO WORLDWIDE LLC,<br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br>            Plaintiffs,<br>    v.<br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br>PAUL J. WIEDEFELD,<br>            Defendants. | No. 1:17-cv-1598 (TSC) |

**JOINT STATUS REPORT**

This case is currently stayed pending further order of the Court.

In their Joint Status Report filed on October 10, 2019 (ECF 47), the parties reported that the petition for a writ of certiorari in *Archdiocese of Washington v. WMATA*, 897 F.3d 314 (D.C. Cir.), *reh'g en banc denied*, 910 F.3d 1248 (D.C. Cir. 2018), had been distributed for the Court's conference of October 1, 2019, but that on September 26, the Archdiocese had filed a Supplemental Brief in support of its petition, and that the Court had taken no action on the petition at its October 1 conference.

The parties now report that the petition has also not been considered at the Court's subsequent conferences to date, nor (as of the time of this filing) has it been relisted for a future conference.

The parties hereby undertake to file a further status report on or before December 10, 2019.

Dated: November 6, 2019					Respectfully submitted,

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer
Scott Michelman
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th St., NW, 2nd Floor
Washington, DC 20005
Telephone: 202-601-4266
aspitzer@acludc.org
smichelman@acludc.org

Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org

Vishal Agraharkar
American Civil Liberties Union Foundation
of Virginia
701 East Franklin Street, Suite 1412
Richmond, VA 23219
Telephone: (804) 644-8022
vagraharkar@acluva.org

Attorneys for Plaintiffs

AKIN GUMP STRAUSS HAUER & FELD LLP
By: *Rex S. Heinke*
Rex S. Heinke (pro hac vice)
Jessica M. Weisel (pro hac vice)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
rheinke@akingump.com
jweisel@akingump.com

James E. Tysse
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

Attorneys for Defendants