UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>FEMHEALTH USA, INC., d/b/a CARAFEM,<br>MILO WORLDWIDE LLC,<br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br>　　　　　　Plaintiffs,<br>　　v.<br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br>PAUL J. WIEDEFELD,<br>　　　　　　Defendants. | No. 1:17-cv-1598 (TSC) |

**JOINT STATUS REPORT**

On April 13, 2020, the Court by Minute Order directed the parties to file, by June 15, the joint Report of their Planning Meeting, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3, or, alternatively, to the extent they were unable to set discovery deadlines because of issues surrounding the coronavirus response, to file a joint status report by that date and every thirty days thereafter.

The parties now report that on Wednesday May 27, 2020, at approximately 6:16 am, there was a two-alarm fire at the Washington Metropolitan Area Transit Authority headquarters building located at 600 5th St NW, Washington, DC 20001. As result of the fire, access to the building is restricted. The building sustained significant fire damage on the 8th floor, and inspection and remediation work is underway to address damage throughout the building, including the second floor, where the Office of General Counsel is located. Remediation is required throughout the building to address widespread water damage and to remove

accumulated soot deposits before re-entry is permitted. It is anticipated that the remediation will continue for a minimum of three weeks. In the event additional damage is discovered, this timeline will expand.

Employees and contractors are not permitted to occupy the building during the remediation effort due to the safety risks that are presented. While the remediation is underway, all assets present in the building including electronic equipment (e.g., computers) and physical materials (e.g., files) must be inspected and, if appropriate, cleaned prior to removal from the building.

Accordingly, it is not yet possible for the parties to agree on a proposed schedule for discovery and other matters in this case. The parties will file their Rule 26(f)/Rule 16.3 report, or alternatively a further status report, in thirty days.

Dated: June 15, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Arthur B. Spitzer*
　　　　　　　　　　　　　　　　　　　　　Arthur B. Spitzer
　　　　　　　　　　　　　　　　　　　　　Scott Michelman
　　　　　　　　　　　　　　　　　　　　　American Civil Liberties Union Foundation
　　　　　　　　　　　　　　　　　　　　　　of the District of Columbia
　　　　　　　　　　　　　　　　　　　　　915 15th St., NW, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　Telephone: 202-601-4266
　　　　　　　　　　　　　　　　　　　　　aspitzer@acludc.org
　　　　　　　　　　　　　　　　　　　　　smichelman@acludc.org

　　　　　　　　　　　　　　　　　　　　　Brian Hauss
　　　　　　　　　　　　　　　　　　　　　American Civil Liberties Union Foundation
　　　　　　　　　　　　　　　　　　　　　125 Broad Street, 18th floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 549-2500
　　　　　　　　　　　　　　　　　　　　　bhauss@aclu.org


　　　　　　　　　　　　　　　　　　　　　Vishal Agraharkar
　　　　　　　　　　　　　　　　　　　　　American Civil Liberties Union Foundation

of Virginia
701 East Franklin Street, Suite 1412
Richmond, VA 23219
Telephone: (804) 644-8022
vagraharkar@acluva.org

Attorneys for Plaintiffs

AKIN GUMP STRAUSS HAUER & FELD LLP
By: *Rex S. Heinke*
Rex S. Heinke (pro hac vice)
Jessica M. Weisel (pro hac vice)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
rheinke@akingump.com
jweisel@akingump.com

James E. Tysse
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

Attorneys for Defendants