UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:17-cv-01598-TSC<br>) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al., | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF CHANGE OF FIRM

TO THE COURT AND ALL COUNSEL OF RECORD: Please take notice that effective immediately, undersigned counsel for Defendants Washington Metropolitan Area Transit Authority and Paul J. Wiedefeld have changed law firms. Their new contact information is as follows:

Rex S. Heinke (Pro Hac Vice)
CALG LLP
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Tel.: (213) 878-0404
Fax: (415) 726-2527
Email: rex.heinke@calapplaw.com

Jessica M. Weisel (Pro Hac Vice)
CALG LLP
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Tel.: (213) 878-0404
Fax: (415) 726-2527
Email: jessica.weisel@calapplaw.com

Dated: January 29, 2021

Respectfully submitted,

/s/ *Rex. S. Heinke*
    Rex S. Heinke

/s/ *Jessica M. Weisel*
    Jessica M. Weisel

COUNSEL FOR DEFENDANTS