UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

FEMHEALTH USA, INC., d/b/a CARAFEM,

MILO WORLDWIDE LLC,

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,

                Plaintiffs,

   v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

PAUL J. WIEDEFELD,

                Defendants.

No. 1:17-cv-1598 (TSC)

---

**NOTICE OF ADDITIONAL AUTHORITY**

WMATA's Motion for [Partial] Judgment on the Pleadings (ECF 64), argues that WMATA's advertising operation is immune from judicial review because it involves discretion. *Id*. at 12-15. Plaintiffs' opposition (ECF 65) responds that "the Constitution provides nondiscretionary standards that (taking Plaintiffs' allegations as true) WMATA has failed to meet," and that "[t]his Court has recognized that the background legal principles underlying a claim can provide such non-discretionary standards," citing for that proposition, *inter alia*, *Whiteru v. WMATA,* 258 F. Supp. 3d 175, 192 n.11 (D.D.C. 2017). ECF 65 at 12.

Subsequent to the cited opinion, the district court granted summary judgment for WMATA on the ground that Mr. Whiteru's contributory negligence was the proximate cause of his death and barred his estate's recovery notwithstanding WMATA's duty as a common carrier to aid its injured passengers. *Whiteru v. WMATA,* 480 F. Supp. 3d 185 (D.D.C. 2020).

On Friday, the D.C. Circuit reversed that decision. *Whiteru v. WMATA*, No. 20-7087, 2022 WL 414140 (D.C. Cir. Feb. 11, 2022). The court of appeals recognized that WMATA had a nondiscretionary duty to render aid to a passenger it knew or had reason to know was injured, *id*. at *4 (citing the district court's 2017 opinion), and held that whether WMATA knew or had reason to know that Mr. Whiteru was injured was a disputed material fact.

• • •

Defendants' motion for [partial] judgment on the pleadings was filed on March 1, 2021. Plaintiffs filed their opposition on March 31, 2021, and Defendants replied on April 19, 2021 (ECF 66). The motion has been under advisement since then.

| | |
|---|---|
| February 15, 2022 | Respectfully submitted, |

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th St., NW, 2nd Floor
Washington, DC 20005
Telephone: 202-601-4266
aspitzer@acludc.org
smichelman@acludc.org

Brian Hauss
American Civil Liberties Union Foundation
125 Broad Street, 18th floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org

Vishal Agraharkar
American Civil Liberties
Union Foundation of Virginia
701 East Franklin Street, Suite 1412
Richmond, VA 23219
Telephone: (804) 644-8022
vagraharkar@acluva.org

Attorneys for Plaintiffs